# EXHIBIT 2

## UNITED STATES PATENT NO. 6,711,204
## CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIMS 3, 25 AND 26

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| Claim | Itron OpenWay Integrated Cell Router (the accused product/instrumentality) |
|---|---|
| 3. An improvement to a spread-spectrum system having a base station and a plurality of remote stations (RS), with said base station (BS) for transmitting a plurality of BS-spread-spectrum signals at a first frequency and for receiving, | The accused product (base station (BS)) connect devices like smartphones, laptops and/or tablets to the internet using the accused device's internet connection. Wi-Fi and/or Wi-Fi IEEE 802.11 standard uses b/g/n 2.4GHz and ac/a/n 5GHz ISM bands. The accused product supports both the bands. The IEEE 802.11b standard uses DSSS (Direct Sequence Spread Spectrum). The accused product transmits a plurality of BS-spread-spectrum signals at a first frequency defined by the 2.4GHz ISM band and/or the 5GHz band.<br><br>The frequency used for the communication between the BS and the plurality of RS is defined by the IEEE 802.011 standard. The accused product acts as an access point (AP) and sends out beacon frames. The devices within the range receive the frames and use the frames to connect to the AP as per the connection parameters described in the frames. A Probe Response frame carries all the parameters in a beacon frame, which enables mobile stations to match parameters and join the network. These fields specify the channel frequency to be used and the spacing of the channel. Once the frequency measurement is complete, both the uplink and downlink communication takes place on the measured frequency. |

at a second frequency, a plurality of RS-spread-spectrum signals transmitted from said plurality of remote stations, respectively, the improvement comprising:





# OpenWay®

Integrated Cell Router

A crucial element of any smart grid solution is the communications network. Whether transporting meter data, communicating with smart appliances or performing distribution automation, a robust two-way communications network is an essential element for smart metering and smart grid applications.

https://www.itron.com/-/media/feature/products/documents/brochure/openway-integrated-cell-router.pdf

As shown below, the accused product supports Wi-Fi and acts as 802.11a/b/g/n wireless access point.

When it comes to smart metering, creating and collecting data at the meter is only half of the equation—transporting it back to a network operations center for analysis and billing is just as important. The OpenWay Cell Relay is an ANSI C12.22-compliant relay that provides two-way communications to OpenWay CENTRON® meters, as well as distribution automation and other smart grid devices. The Cell Relay functions as a router, exchanging messages between the OpenWay Collection Engine and end devices over TCP/IP and the OpenWay radio-frequency local area network (RFLAN). The OpenWay Integrated Cell Router combines the Cell Relay function with a wireless LAN-based (802.11) mesh router to provide reliable backhaul connections and enable other smart grid applications.

https://www.itron.com/-/media/feature/products/documents/brochure/openway-integrated-cell-router.pdf

**Power Outage Backup**

» Battery backup

» Up to eight-hour hold up time

**Flexible Input Power Options**

» AC Powered Version: 100 – 480 VAC

» Modular antennas

**Next Generation Wireless**

» Supports 802.11b/g/a/n clients

» Improves wireless client connectivity by 20%-50%

» Increases mesh capacity

**Technical Data**

» IEEE 802.11b/g/n radio (2.4-2.483 GHz)

  • 3 -7.4 dBi Omni-directional antennas (2.4 GHz)

» IEEE 802.11a radio (5.725-5.850 GHz)

  • 1 - 9.1 dBi Omni-directional antenna (5.8 GHz)

» 900 MHz radio 20dBM conducted power

  • 3 dBi antenna gain

» Approvals:

  • FCC CFR Part 15, Class B

  • EN 301 489-17, 300 328, 301 893, 60950

  • IEC 950

  • UL 60950-1

  • CSA 22.2 No. 60950-1

  • UL 579/IEC 60529 IP67 rated for outdoor use

  • IEEE 1613

https://www.itron.com/-/media/feature/products/documents/brochure/openway-integrated-cell-router.pdf

802.11b and 802.11g use the 2.4 GHz ISM band, operating in the United States under Part 15 of the U.S. Federal Communications Commission Rules and Regulations; 802.11n can also use that band. Because of this choice of frequency band, 802.11b/g/n equipment may occasionally suffer interference in the 2.4 GHz band from microwave ovens, cordless telephones, and Bluetooth devices etc. 802.11b and 802.11g control their interference and susceptibility to interference by using direct-sequence spread spectrum (DSSS) and orthogonal frequency-division multiplexing (OFDM) signaling methods, respectively.

Source: https://en.wikipedia.org/wiki/IEEE_802.11

Wi-Fi IEEE 802.11 is used by very many devices from smartphones to laptops and tablets to remote sensors, actuators televisions and many more.

There are several frequency bands within the radio spectrum that are used for the Wi-Fi and within these there are many channels that have been designated with numbers so they can be identified.

Although many Wi-Fi channels are selected automatically, it sometimes helps to have an understanding of the Wi-Fi spectrum, bands, frequencies and the channels with their channel numbers to enable the best performance to be gained.

When setting up a Wi-Fi network at home, in the office, or anywhere else, it can help to have a knowledge of the channels and bands available, so that successful Wi-Fi links can be established

Also when office Wi-Fi access points are installed, it helps to understand the bands, their characteristics and the channels available.

Source:  https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

Wi-Fi is aimed at use within unlicensed spectrum - the ISM or Industrial, Scientific and Medical bands. These bands have been internationally agreed and unlike most other bands, they can be used without the need for a transmitting licence. This gives access to everyone to use them freely.

The ISM bands are not only used by Wi-Fi, but everything from microwave ovens to many other forms of wireless connectivity and many industrial, scientific and medical uses.

Whilst the ISM bands are available globally, there are some differences and restrictions that can occur in some countries.

The main bands used for carrying Wi-Fi are those in the table below:

**SUMMARY OF MAJOR ISM BANDS**

| LOWER FREQUENCY MHZ | UPPER FREQUENCY MHZ | COMMENTS |
|---|---|---|
| 2400 | 2500 | Often referred to as the 2.4 GHz band, this spectrum is the most widely used of the bands available for Wi-Fi. Used by 802.11b, g, & n. It can carry a maximum of three non-overlapping channels. This band is widely used by many other non-licensed items including microwave ovens, Bluetooth, etc. |
| 5725 | 5875 | This 5 GHz Wi-Fi band or to be more precise the 5.8 GHz band provides additional bandwidth, and being at a higher frequency, equipment costs are slightly higher, although usage, and hence interference is less.It can be used by 802.11a & n. It can carry up to 23 non-overlapping channels, but gives a shorter range than 2.4 GHz. 5GHz Wi-Fi is preferred by many because of the number of channels and the bandwidth available. There are also fewer other users of this band. |

Source:        https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel frequencies

The table given below provides the frequencies for the total of fourteen 802.11 Wi-Fi channels that are available around the globe. Not all of these channels are available for use in all countries.

**2.4GHZ BAND CHANNEL NUMBERS & FREQUENCIES**

| CHANNEL NUMBER | LOWER FREQUENCY MHZ | CENTER FREQUENCY MHZ | UPPER FREQUENCY MHZ |
|:---:|:---:|:---:|:---:|
| 1 | 2401 | 2412 | 2423 |
| 2 | 2406 | 2417 | 2428 |
| 3 | 2411 | 2422 | 2433 |
| 4 | 2416 | 2427 | 2438 |
| 5 | 2421 | 2432 | 2443 |
| 6 | 2426 | 2437 | 2448 |
| 7 | 2431 | 2442 | 2453 |
| 8 | 2436 | 2447 | 2458 |
| 9 | 2441 | 2452 | 2463 |
| 10 | 2446 | 2457 | 2468 |
| 11 | 2451 | 2462 | 2473 |
| 12 | 2456 | 2467 | 2478 |
| 13 | 2461 | 2472 | 2483 |
| 14 | 2473 | 2484 | 2495 |

Source:     https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel availability

In view of the differences in spectrum allocations around the globe and different requirements for the regulatory authorities, not all the WLAN channels are available in every country. The table below provides a broad indication of the availability of the different Wi-Fi channels in different parts of the world.

**2.4 GHZ WI-FI CHANNEL AVAILABILITY**

| CHANNEL NUMBER | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|:---:|:---:|:---:|:---:|
| 1 | ✓ | ✓ | ✓ |
| 2 | ✓ | ✓ | ✓ |
| 3 | ✓ | ✓ | ✓ |
| 4 | ✓ | ✓ | ✓ |
| 5 | ✓ | ✓ | ✓ |
| 6 | ✓ | ✓ | ✓ |
| 7 | ✓ | ✓ | ✓ |
| 8 | ✓ | ✓ | ✓ |
| 9 | ✓ | ✓ | ✓ |
| 10 | ✓ | ✓ | ✓ |
| 11 | ✓ | ✓ | ✓ |
| 12 | ✓ | No | ✓ |
| 13 | ✓ | No | ✓ |
| 14 | No | No | 802.11b only |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

**5 GHZ WIFI CHANNELS & FREQUENCIES**

| CHANNEL NUMBER | FREQUENCY MHZ | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|---|
| 36 | 5180 | Indoors | ✓ | ✓ |
| 40 | 5200 | Indoors | ✓ | ✓ |
| 44 | 5220 | Indoors | ✓ | ✓ |
| 48 | 5240 | Indoors | ✓ | ✓ |
| 52 | 5260 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 56 | 5280 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 60 | 5300 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 64 | 5320 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 100 | 5500 | DFS / TPC | DFS | DFS / TPC |
| 104 | 5520 | DFS / TPC | DFS | DFS / TPC |
| 108 | 5540 | DFS / TPC | DFS | DFS / TPC |
| 112 | 5560 | DFS / TPC | DFS | DFS / TPC |
| 116 | 5580 | DFS / TPC | DFS | DFS / TPC |
| 120 | 5600 | DFS / TPC | No Access | DFS / TPC |
| 124 | 5620 | DFS / TPC | No Access | DFS / TPC |
| 128 | 5640 | DFS / TPC | No Access | DFS / TPC |
| 132 | 5660 | DFS / TPC | DFS | DFS / TPC |
| 136 | 5680 | DFS / TPC | DFS | DFS / TPC |
| 140 | 5700 | DFS / TPC | DFS | DFS / TPC |
| 149 | 5745 | SRD | ✓ | No Access |
| 153 | 5765 | SRD | ✓ | No Access |
| 157 | 5785 | SRD | ✓ | No Access |
| 161 | 5805 | SRD | ✓ | No Access |
| 165 | 5825 | SRD | ✓ | No Access |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

# Connecting to the Network

The wireless host (station) needs to associate with an Access Point (AP) before it can send/receive network-layer data. This is a basic 802.11 system management function.

**Association** is the creation of a 'virtual' ethernet wire between the station and the switch.

The basic three-step procedure followed by the station:

1. **Locate** an AP to associate with; this process can involve passive or active scanning as discussed below.
2. **Authenticate** itself to the AP (and possibly the infrastructure).
3. **Associate** with the AP (create the 'virtual' blue cable).

Now, the station can retrieve an IP address from the subnet and begin TCP/UDP socket communications.

## Locate

The first step is to locate the AP you wish to join. The algorithm for locating/selecting an AP is not defined by the 802.11 standards, but by your application. There are two methods provided in 802.11 to discover APs near the station: **passive** and **active** scanning, which are illustrated below.



**Passive Scanning:**
(1) H1 scans for beacon frames sent from AP's within range on a specific channel

Process takes ~100's of ms

Beacon Frames contain
  AP's SSID, MAC Address (BSSID)

**Active Scanning:**
(1) Probe request frame broadcast from H1 to all APs (specific SSID)
(2) Probe response frame sent from specific AP

Process takes ~10's of ms

Probe Response frame contains
  AP's MAC Address (BSSID),
  supported data rates

Graphics Adapted from "Computer Networking A Top Down Approach 5th Ed." © 1996-2012 J.F Kurose and K.W. Ross, All Rights Reserved

Source: https://microchipdeveloper.com/wifi:connecting

### Beacon interval

Beacon transmissions announce the existence of an 802.11 network at regular intervals. Beacon frames carry information about the BSS parameters and the frames buffered by access points, so mobile stations must listen to Beacons. The Beacon Interval, shown in Figure 4-23, is a 16-bit field set to the number of *time units* between Beacon transmissions. One time unit, which is often abbreviated TU, is 1,024 microseconds (ms), which is about 1 millisecond.[22] Time units may also be called kilo-microseconds in various documentation (Kms or kms). It is common for the Beacon interval to be set to 100 time units, which corresponds to an interval between Beacon transmissions of approximately 100 milliseconds or 0.1 seconds.



*bits*

*Figure 4-23. Beacon Interval field*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### Beacon

Beacon frames announce the existence of a network and are an important part of many network maintenance tasks. They are transmitted at regular intervals to allow mobile stations to find and identify a network, as well as match parameters for joining the network. In an infrastructure network, the access point is responsible for transmitting Beacon frames. The area in which Beacon frames appear defines the basic service area. All communication in an infrastructure network is done through an access point, so stations on the network must be close enough to hear the Beacons.

Figure 4-51 shows most the fields that can be used in a Beacon frame in the order in which they appear. Not all of the elements are present in all Beacons. Optional fields are present only when there is a reason for them to be used. The FH and DS Parameter Sets are used only when the underlying physical layer is based on frequency hopping or direct-sequence techniques. Only one physical layer can be in use at any point, so the FH and DS Parameter Sets are mutually exclusive.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38



*Figure 4-51. Beacon frame*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### Probe Response

If a Probe Request encounters a network with compatible parameters, the network sends a Probe Response frame. The station that sent the last Beacon is responsible for responding to incoming probes. In infrastructure networks, this station is the access point. In an IBSS, responsibility for Beacon transmission is distributed. After a station transmits a Beacon, it assumes responsibility for sending Probe Response frames for the next Beacon interval. The format of the Probe Response frame is shown in Figure 4-53. Some of the fields in the frame are mutually exclusive; the same rules apply to Probe Response frames as to Beacon frames.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

**Country**

The initial 8O2.11 specifications were designed around the existing regulatory constraints in place in the major industrialized countries. Rather than continue to revise the specification each time a new country was added, a new specification was added that provides a way for networks to describe regulatory constraints to new stations. The main pillar of this is the Country information element, shown in Figure 4-38.



*Figure 4-38. Country information element*

After the initial type/length information element header, there is a country identifier, followed by a series of three-byte descriptors for regulatory constraints. Each constraint descriptor specifies a unique band, and they may not overlap, since a given frequency has only one maximum allowed power.

Source: <u>https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38</u>

| said base station for transmitting a BS-channel-sounding signal at the second frequency; | The base station transmits beacon frames (sounding signals) to the devices nearby at the second frequency (measured/calculated frequency used for the uplink communication). The Power Constraint element included in the beacon frames allows a device (trying to connect to the base station) to determine the local maximum transmit power in the current channel being used for communication and describes the maximum transmit power to remote stations. The local maximum transmit power for a channel is defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel in the Power Constraint element. |
|---|---|

**Power Constraint**

The Power Constraint information element is used to allow a network to describe the maximum transmit power to stations. In addition to a regulatory maximum, there may be another maximum in effect. The only field, a one-byte integer, is the number of decibels by which any local constraint reduces the regulatory maximum. If, for example, the regulatory maximum power were 10 dBm, but this information element contained the value 2, then the station would set its maximum transmit power to 8 dBm (Figure 4-41).



*Figure 4-41. Power Constraint information element*

**Power Capability**

802.11 stations are battery powered, and often have radios that are not as capable as access points, in part because there is not usually the need for mobile client devices to transmit at high power. The Power Capability information element allows a station to report its minimum and maximum transmit power, in integer units of dBm (Figure 4-42).

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

**Country**

The initial 802.11 specifications were designed around the existing regulatory constraints in place in the major industrialized countries. Rather than continue to revise the specification each time a new country was added, a new specification was added that provides a way for networks to describe regulatory constraints to new stations. The main pillar of this is the Country information element, shown in Figure 4-38.



*Figure 4-38. Country information element*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

*First Channel Number (1 byte)*

The first channel number is the lowest channel subject to the power constraint. Channel number assignment for each PHY is discussed in the appropriate chapter.

*Number of Channels (1 byte)*

The size of the band subject to the power constraint is indicated by the number of channels. The size of a channel is PHY-dependent.

*Maximum Transmit Power (1 byte)*

The maximum transmit power, expressed in dBm.

*Pad (1 byte; optional)*

The size of the information element must be an even number of bytes. If the length of the information element is an odd number of bytes, a single byte of zeroes is appended as a pad.

Source:https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### 9.4.2.14 Power Constraint element

The Power Constraint element contains the information necessary to allow a STA to determine the local maximum transmit power in the current channel. The format of the Power Constraint element is shown in Figure 9-140.



**Figure 9-140—Power Constraint element format**

The Element ID and Length fields are defined in 9.4.2.1.

The Local Power Constraint field is coded as an unsigned integer in units of decibels. The local maximum transmit power for a channel is thus defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel (from the MIB) in the Power Constraint element.

The Power Constraint element is included in Beacon frames, as described in 9.3.3.3, and Probe Response frames, as described in 9.3.3.11. The use of Power Constraint elements is described in 11.8.5.

### 9.4.2.15 Power Capability element

The Power Capability element specifies the minimum and maximum transmit powers with which a STA is capable of transmitting in the current channel. The format of the Power Capability element is shown in Figure 9-141.



Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 27

| | |
|---|---|
| | The Minimum Transmit Power Capability field is set to the nominal minimum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.<br><br>The Maximum Transmit Power Capability field is set to the nominal maximum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.<br><br>The Power Capability element is included in Association Request frames, as described in 9.3.3.6; Reassociation Request frames, as described in 9.3.3.8; and Mesh Peering Open frame, as described in 9.6.16.2.2. The use of Power Capability elements is described in 11.8.2.<br><br>Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 28 |
| said plurality of remote stations for receiving the BS-channel-sounding signal at the second frequency, with said base station for transmitting the plurality of BS-spread-spectrum signals at the first frequency outside a correlation bandwidth of | 802.11 standard is a half-duplex technology. Hence, a remote station can either receive or transmit at a given time. This implies that when a remote station receives the sounding signal at the second frequency it is not transmitting at the first frequency. Hence, the BS transmits plurality of BS-spread-spectrum signals at a first frequency outside a correlation bandwidth of the plurality of RS-spread-spectrum signals transmitted by plurality of remote stations at a second frequency.<br><br>## How Duplexing Affects WiFi Routers<br><br>WiFi routers are devices that modulate and schedule the flow of information to and from any WiFi-capable electronic device (like a laptop or smartphone) to the Internet, using a specific standard or protocol called IEEE 802.11 which works at half-duplex. WiFi is just the trademark brand for this specific **IEEE** standard (**understand the common WiFi standards**).<br><br>Source:   https://www.makeuseof.com/tag/what-is-half-duplex-and-full-duplex-operation-and-how-does-it-affect-your-router/ |

| the plurality of RS-spread-spectrum signals transmitted by the plurality of remote stations at the second frequency; and | Wi-Fi IEEE 802.11 is used by very many devices from smartphones to laptops and tablets to remote sensors, actuators televisions and many more.

There are several frequency bands within the radio spectrum that are used for the Wi-Fi and within these there are many channels that have been designated with numbers so they can be identified.

Although many Wi-Fi channels are selected automatically, it sometimes helps to have an understanding of the Wi-Fi spectrum, bands, frequencies and the channels with their channel numbers to enable the best performance to be gained.

When setting up a Wi-Fi network at home, in the office, or anywhere else, it can help to have a knowledge of the channels and bands available, so that successful Wi-Fi links can be established

Also when office Wi-Fi access points are installed, it helps to understand the bands, their characteristics and the channels available.

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php |

Wi-Fi is aimed at use within unlicensed spectrum - the ISM or Industrial, Scientific and Medical bands. These bands have been internationally agreed and unlike most other bands, they can be used without the need for a transmitting licence. This gives access to everyone to use them freely.

The ISM bands are not only used by Wi-Fi, but everything from microwave ovens to many other forms of wireless connectivity and many industrial, scientific and medical uses.

Whilst the ISM bands are available globally, there are some differences and restrictions that can occur in some countries.

The main bands used for carrying Wi-Fi are those in the table below:

**SUMMARY OF MAJOR ISM BANDS**

| LOWER FREQUENCY MHZ | UPPER FREQUENCY MHZ | COMMENTS |
|---|---|---|
| 2400 | 2500 | Often referred to as the 2.4 GHz band, this spectrum is the most widely used of the bands available for Wi-Fi. Used by 802.11b, g, & n. It can carry a maximum of three non-overlapping channels. This band is widely used by many other non-licensed items including microwave ovens, Bluetooth, etc. |
| 5725 | 5875 | This 5 GHz Wi-Fi band or to be more precise the 5.8 GHz band provides additional bandwidth, and being at a higher frequency, equipment costs are slightly higher, although usage, and hence interference is less.It can be used by 802.11a & n. It can carry up to 23 non-overlapping channels, but gives a shorter range than 2.4 GHz. 5GHz Wi-Fi is preferred by many because of the number of channels and the bandwidth available. There are also fewer other users of this band. |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel frequencies

The table given below provides the frequencies for the total of fourteen 802.11 Wi-Fi channels that are available around the globe. Not all of these channels are available for use in all countries.

**2.4GHZ BAND CHANNEL NUMBERS & FREQUENCIES**

| CHANNEL NUMBER | LOWER FREQUENCY MHZ | CENTER FREQUENCY MHZ | UPPER FREQUENCY MHZ |
|:---:|:---:|:---:|:---:|
| 1 | 2401 | 2412 | 2423 |
| 2 | 2406 | 2417 | 2428 |
| 3 | 2411 | 2422 | 2433 |
| 4 | 2416 | 2427 | 2438 |
| 5 | 2421 | 2432 | 2443 |
| 6 | 2426 | 2437 | 2448 |
| 7 | 2431 | 2442 | 2453 |
| 8 | 2436 | 2447 | 2458 |
| 9 | 2441 | 2452 | 2463 |
| 10 | 2446 | 2457 | 2468 |
| 11 | 2451 | 2462 | 2473 |
| 12 | 2456 | 2467 | 2478 |
| 13 | 2461 | 2472 | 2483 |
| 14 | 2473 | 2484 | 2495 |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel availability

In view of the differences in spectrum allocations around the globe and different requirements for the regulatory authorities, not all the WLAN channels are available in every country. The table below provides a broad indication of the availability of the different Wi-Fi channels in different parts of the world.

**2.4 GHZ WI-FI CHANNEL AVAILABILITY**

| CHANNEL NUMBER | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|----------------|---------------|---------------------|-------|
| 1 | ✓ | ✓ | ✓ |
| 2 | ✓ | ✓ | ✓ |
| 3 | ✓ | ✓ | ✓ |
| 4 | ✓ | ✓ | ✓ |
| 5 | ✓ | ✓ | ✓ |
| 6 | ✓ | ✓ | ✓ |
| 7 | ✓ | ✓ | ✓ |
| 8 | ✓ | ✓ | ✓ |
| 9 | ✓ | ✓ | ✓ |
| 10 | ✓ | ✓ | ✓ |
| 11 | ✓ | ✓ | ✓ |
| 12 | ✓ | No | ✓ |
| 13 | ✓ | No | ✓ |
| 14 | No | No | 802.11b only |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | | | | |
|---|---|---|---|---|
| | **5 GHZ WIFI CHANNELS & FREQUENCIES** | | | |
| | | | | |
| **CHANNEL NUMBER** | **FREQUENCY MHZ** | **EUROPE (ETSI)** | **NORTH AMERICA (FCC)** | **JAPAN** |
| 36 | 5180 | Indoors | ✓ | ✓ |
| 40 | 5200 | Indoors | ✓ | ✓ |
| 44 | 5220 | Indoors | ✓ | ✓ |
| 48 | 5240 | Indoors | ✓ | ✓ |
| 52 | 5260 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 56 | 5280 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 60 | 5300 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 64 | 5320 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 100 | 5500 | DFS / TPC | DFS | DFS / TPC |
| 104 | 5520 | DFS / TPC | DFS | DFS / TPC |
| 108 | 5540 | DFS / TPC | DFS | DFS / TPC |
| 112 | 5560 | DFS / TPC | DFS | DFS / TPC |
| 116 | 5580 | DFS / TPC | DFS | DFS / TPC |
| 120 | 5600 | DFS / TPC | No Access | DFS / TPC |
| 124 | 5620 | DFS / TPC | No Access | DFS / TPC |
| 128 | 5640 | DFS / TPC | No Access | DFS / TPC |
| 132 | 5660 | DFS / TPC | DFS | DFS / TPC |
| 136 | 5680 | DFS / TPC | DFS | DFS / TPC |
| 140 | 5700 | DFS / TPC | DFS | DFS / TPC |
| 149 | 5745 | SRD | ✓ | No Access |
| 153 | 5765 | SRD | ✓ | No Access |
| 157 | 5785 | SRD | ✓ | No Access |
| 161 | 5805 | SRD | ✓ | No Access |
| 165 | 5825 | SRD | ✓ | No Access |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | |
|---|---|
| said plurality of remote stations, responsive to | The base station transmits beacon frames (sounding signal) to the devices nearby at the second frequency (measured/calculated frequency used for the uplink communication). The Power Constraint element included in the beacon frames allows a device (trying to connect to the base station) to determine the local maximum transmit power in the current channel being used for communication and describes the maximum transmit power to remote stations. |

| | |
|---|---|
| the BS-channel-sounding signal, for adjusting an initial RS-power level of said plurality of remote stations. | The local maximum transmit power for a channel is defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel in the Power Constraint element.<br><br>**Power Constraint**<br><br>The Power Constraint information element is used to allow a network to describe the maximum transmit power to stations. In addition to a regulatory maximum, there may be another maximum in effect. The only field, a one-byte integer, is the number of decibels by which any local constraint reduces the regulatory maximum. If, for example, the regulatory maximum power were 10 dBm, but this information element contained the value 2, then the station would set its maximum transmit power to 8 dBm (Figure 4-41).<br><br><br><br>*Figure 4-41. Power Constraint information element*<br><br>**Power Capability**<br><br>802.11 stations are battery powered, and often have radios that are not as capable as access points, in part because there is not usually the need for mobile client devices to transmit at high power. The Power Capability information element allows a station to report its minimum and maximum transmit power, in integer units of dBm (Figure 4-42).<br><br>Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38 |

**Country**

The initial 802.11 specifications were designed around the existing regulatory constraints in place in the major industrialized countries. Rather than continue to revise the specification each time a new country was added, a new specification was added that provides a way for networks to describe regulatory constraints to new stations. The main pillar of this is the Country information element, shown in Figure 4-38.



*Figure 4-38. Country information element*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

*First Channel Number (1 byte)*

The first channel number is the lowest channel subject to the power constraint. Channel number assignment for each PHY is discussed in the appropriate chapter.

*Number of Channels (1 byte)*

The size of the band subject to the power constraint is indicated by the number of channels. The size of a channel is PHY-dependent.

*Maximum Transmit Power (1 byte)*

The maximum transmit power, expressed in dBm.

*Pad (1 byte; optional)*

The size of the information element must be an even number of bytes. If the length of the information element is an odd number of bytes, a single byte of zeroes is appended as a pad.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### 9.4.2.14 Power Constraint element

The Power Constraint element contains the information necessary to allow a STA to determine the local maximum transmit power in the current channel. The format of the Power Constraint element is shown in Figure 9-140.



**Figure 9-140—Power Constraint element format**

The Element ID and Length fields are defined in 9.4.2.1.

The Local Power Constraint field is coded as an unsigned integer in units of decibels. The local maximum transmit power for a channel is thus defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel (from the MIB) in the Power Constraint element.

The Power Constraint element is included in Beacon frames, as described in 9.3.3.3, and Probe Response frames, as described in 9.3.3.11. The use of Power Constraint elements is described in 11.8.5.

### 9.4.2.15 Power Capability element

The Power Capability element specifies the minimum and maximum transmit powers with which a STA is capable of transmitting in the current channel. The format of the Power Capability element is shown in Figure 9-141.



Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 27

The Minimum Transmit Power Capability field is set to the nominal minimum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.

The Maximum Transmit Power Capability field is set to the nominal maximum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.

The Power Capability element is included in Association Request frames, as described in 9.3.3.6; Reassociation Request frames, as described in 9.3.3.8; and Mesh Peering Open frame, as described in 9.6.16.2.2. The use of Power Capability elements is described in 11.8.2.

Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 28

| 25.    An improvement to a spread-spectrum method having a base station and a plurality of remote stations (RS), comprising the steps of: transmitting, from said base station, a plurality of BS-spread-spectrum signals at a first frequency; | The accused product (base station (BS)) provides wireless hotspot to connect devices like smartphones, laptops and/or tablets to the internet using the accused device's internet connection. A mobile hotspot on the accused product shares the internet connection via Wi-Fi technology with nearby devices such as smartphones, tablets, or other devices (plurality of remote stations (RS)) using Wi-Fi technology. Wi-Fi and/or Wi-Fi IEEE 802.11 standard uses b/g/n 2.4GHz and ac/a/n 5GHz ISM bands. The accused product supports both the bands. The IEEE 802.11b standard uses DSSS (Direct Sequence Spread Spectrum). The accused product transmits a plurality of BS-spread-spectrum signals at a first frequency defined by the 2.4GHz ISM band and/or the 5GHz band. <br><br> The frequency used for the communication between the BS and the plurality of RS is defined by the IEEE 802.011 standard. When a hotspot is created, it acts as an access point (AP) and sends out beacon frames. The devices within the range receive the frames and use the frames to connect to the AP as per the connection parameters described in the frames. A Probe Response frame carries all the parameters in a beacon frame, which enables mobile stations to match parameters and join the network. These fields specify the channel frequency to be used and the spacing of the channel. Once the frequency measurement is complete, both the uplink and downlink communication takes place on the measured frequency. |

transmitting, from said plurality of remote stations, a plurality of RS-spread-spectrum signals; receiving, at said base station, at a second frequency, the plurality of RS-spread-spectrum signals transmitted from said plurality of remote stations, respectively;





# OpenWay®

Integrated Cell Router

A crucial element of any smart grid solution is the communications network. Whether transporting meter data, communicating with smart appliances or performing distribution automation, a robust two-way communications network is an essential element for smart metering and smart grid applications.

https://www.itron.com/-/media/feature/products/documents/brochure/openway-integrated-cell-router.pdf

As shown below, the accused product supports Wi-Fi and acts as 802.11a/b/g/n wireless access point.

When it comes to smart metering, creating and collecting data at the meter is only half of the equation—transporting it back to a network operations center for analysis and billing is just as important. The OpenWay Cell Relay is an ANSI C12.22-compliant relay that provides two-way communications to OpenWay CENTRON® meters, as well as distribution automation and other smart grid devices. The Cell Relay functions as a router, exchanging messages between the OpenWay Collection Engine and end devices over TCP/IP and the OpenWay radio-frequency local area network (RFLAN). The OpenWay Integrated Cell Router combines the Cell Relay function with a wireless LAN-based (802.11) mesh router to provide reliable backhaul connections and enable other smart grid applications.

https://www.itron.com/-/media/feature/products/documents/brochure/openway-integrated-cell-router.pdf

**Power Outage Backup**

» Battery backup
» Up to eight-hour hold up time

**Flexible Input Power Options**

» AC Powered Version: 100 – 480 VAC
» Modular antennas

**Next Generation Wireless**

» Supports 802.11b/g/a/n clients
» Improves wireless client connectivity by 20%-50%
» Increases mesh capacity

**Technical Data**

» IEEE 802.11b/g/n radio (2.4-2.483 GHz)
  • 3 -7.4 dBi Omni-directional antennas (2.4 GHz)
» IEEE 802.11a radio (5.725-5.850 GHz)
  • 1 - 9.1 dBi Omni-directional antenna (5.8 GHz)
» 900 MHz radio 20dBM conducted power
  • 3 dBi antenna gain
» Approvals:
  • FCC CFR Part 15, Class B
  • EN 301 489-17, 300 328, 301 893, 60950
  • IEC 950
  • UL 60950-1
  • CSA 22.2 No. 60950-1
  • UL 579/IEC 60529 IP67 rated for outdoor use
  • IEEE 1613

https://www.itron.com/-/media/feature/products/documents/brochure/openway-integrated-cell-router.pdf

802.11b and 802.11g use the 2.4 GHz ISM band, operating in the United States under Part 15 of the U.S. Federal Communications Commission Rules and Regulations; 802.11n can also use that band. Because of this choice of frequency band, 802.11b/g/n equipment may occasionally suffer interference in the 2.4 GHz band from microwave ovens, cordless telephones, and Bluetooth devices etc. 802.11b and 802.11g control their interference and susceptibility to interference by using direct-sequence spread spectrum (DSSS) and orthogonal frequency-division multiplexing (OFDM) signaling methods, respectively.

Source: https://en.wikipedia.org/wiki/IEEE_802.11

Wi-Fi IEEE 802.11 is used by very many devices from smartphones to laptops and tablets to remote sensors, actuators televisions and many more.

There are several frequency bands within the radio spectrum that are used for the Wi-Fi and within these there are many channels that have been designated with numbers so they can be identified.

Although many Wi-Fi channels are selected automatically, it sometimes helps to have an understanding of the Wi-Fi spectrum, bands, frequencies and the channels with their channel numbers to enable the best performance to be gained.

When setting up a Wi-Fi network at home, in the office, or anywhere else, it can help to have a knowledge of the channels and bands available, so that successful Wi-Fi links can be established

Also when office Wi-Fi access points are installed, it helps to understand the bands, their characteristics and the channels available.

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

Wi-Fi is aimed at use within unlicensed spectrum - the ISM or Industrial, Scientific and Medical bands. These bands have been internationally agreed and unlike most other bands, they can be used without the need for a transmitting licence. This gives access to everyone to use them freely.

The ISM bands are not only used by Wi-Fi, but everything from microwave ovens to many other forms of wireless connectivity and many industrial, scientific and medical uses.

Whilst the ISM bands are available globally, there are some differences and restrictions that can occur in some countries.

The main bands used for carrying Wi-Fi are those in the table below:

**SUMMARY OF MAJOR ISM BANDS**

| LOWER FREQUENCY MHZ | UPPER FREQUENCY MHZ | COMMENTS |
|---|---|---|
| 2400 | 2500 | Often referred to as the 2.4 GHz band, this spectrum is the most widely used of the bands available for Wi-Fi. Used by 802.11b, g, & n. It can carry a maximum of three non-overlapping channels. This band is widely used by many other non-licensed items including microwave ovens, Bluetooth, etc. |
| 5725 | 5875 | This 5 GHz Wi-Fi band or to be more precise the 5.8 GHz band provides additional bandwidth, and being at a higher frequency, equipment costs are slightly higher, although usage, and hence interference is less.It can be used by 802.11a & n. It can carry up to 23 non-overlapping channels, but gives a shorter range than 2.4 GHz. 5GHz Wi-Fi is preferred by many because of the number of channels and the bandwidth available. There are also fewer other users of this band. |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel frequencies

The table given below provides the frequencies for the total of fourteen 802.11 Wi-Fi channels that are available around the globe. Not all of these channels are available for use in all countries.

**2.4GHZ BAND CHANNEL NUMBERS & FREQUENCIES**

| CHANNEL NUMBER | LOWER FREQUENCY MHZ | CENTER FREQUENCY MHZ | UPPER FREQUENCY MHZ |
|:---:|:---:|:---:|:---:|
| 1 | 2401 | 2412 | 2423 |
| 2 | 2406 | 2417 | 2428 |
| 3 | 2411 | 2422 | 2433 |
| 4 | 2416 | 2427 | 2438 |
| 5 | 2421 | 2432 | 2443 |
| 6 | 2426 | 2437 | 2448 |
| 7 | 2431 | 2442 | 2453 |
| 8 | 2436 | 2447 | 2458 |
| 9 | 2441 | 2452 | 2463 |
| 10 | 2446 | 2457 | 2468 |
| 11 | 2451 | 2462 | 2473 |
| 12 | 2456 | 2467 | 2478 |
| 13 | 2461 | 2472 | 2483 |
| 14 | 2473 | 2484 | 2495 |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel availability

In view of the differences in spectrum allocations around the globe and different requirements for the regulatory authorities, not all the WLAN channels are available in every country. The table below provides a broad indication of the availability of the different Wi-Fi channels in different parts of the world.

**2.4 GHZ WI-FI CHANNEL AVAILABILITY**

| CHANNEL NUMBER | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|
| 1 | ✓ | ✓ | ✓ |
| 2 | ✓ | ✓ | ✓ |
| 3 | ✓ | ✓ | ✓ |
| 4 | ✓ | ✓ | ✓ |
| 5 | ✓ | ✓ | ✓ |
| 6 | ✓ | ✓ | ✓ |
| 7 | ✓ | ✓ | ✓ |
| 8 | ✓ | ✓ | ✓ |
| 9 | ✓ | ✓ | ✓ |
| 10 | ✓ | ✓ | ✓ |
| 11 | ✓ | ✓ | ✓ |
| 12 | ✓ | No | ✓ |
| 13 | ✓ | No | ✓ |
| 14 | No | No | 802.11b only |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

**5 GHZ WIFI CHANNELS & FREQUENCIES**

| CHANNEL NUMBER | FREQUENCY MHZ | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|---|
| 36 | 5180 | Indoors | ✓ | ✓ |
| 40 | 5200 | Indoors | ✓ | ✓ |
| 44 | 5220 | Indoors | ✓ | ✓ |
| 48 | 5240 | Indoors | ✓ | ✓ |
| 52 | 5260 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 56 | 5280 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 60 | 5300 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 64 | 5320 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 100 | 5500 | DFS / TPC | DFS | DFS / TPC |
| 104 | 5520 | DFS / TPC | DFS | DFS / TPC |
| 108 | 5540 | DFS / TPC | DFS | DFS / TPC |
| 112 | 5560 | DFS / TPC | DFS | DFS / TPC |
| 116 | 5580 | DFS / TPC | DFS | DFS / TPC |
| 120 | 5600 | DFS / TPC | No Access | DFS / TPC |
| 124 | 5620 | DFS / TPC | No Access | DFS / TPC |
| 128 | 5640 | DFS / TPC | No Access | DFS / TPC |
| 132 | 5660 | DFS / TPC | DFS | DFS / TPC |
| 136 | 5680 | DFS / TPC | DFS | DFS / TPC |
| 140 | 5700 | DFS / TPC | DFS | DFS / TPC |
| 149 | 5745 | SRD | ✓ | No Access |
| 153 | 5765 | SRD | ✓ | No Access |
| 157 | 5785 | SRD | ✓ | No Access |
| 161 | 5805 | SRD | ✓ | No Access |
| 165 | 5825 | SRD | ✓ | No Access |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

# Connecting to the Network

The wireless host (station) needs to associate with an Access Point (AP) before it can send/receive network-layer data. This is a basic 802.11 system management function.

**Association** is the creation of a 'virtual' ethernet wire between the station and the switch.

The basic three-step procedure followed by the station:

1. **Locate** an AP to associate with; this process can involve passive or active scanning as discussed below.
2. **Authenticate** itself to the AP (and possibly the infrastructure).
3. **Associate** with the AP (create the 'virtual' blue cable).

Now, the station can retrieve an IP address from the subnet and begin TCP/UDP socket communications.

## Locate

The first step is to locate the AP you wish to join. The algorithm for locating/selecting an AP is not defined by the 802.11 standards, but by your application. There are two methods provided in 802.11 to discover APs near the station: **passive** and **active** scanning, which are illustrated below.



**Passive Scanning:**
(1) H1 scans for beacon frames sent from AP's within range on a specific channel

Process takes ~100's of ms

Beacon Frames contain AP's SSID, MAC Address (BSSID)

**Active Scanning:**
(1) Probe request frame broadcast from H1 to all APs (specific SSID)
(2) Probe response frame sent from specific AP

Process takes ~10's of ms

Probe Response frame contains AP's MAC Address (BSSID), supported data rates

Graphics Adapted from "Computer Networking A Top Down Approach 5th Ed." © 1996-2012 J.F Kurose and K.W. Ross, All Rights Reserved

Source: https://microchipdeveloper.com/wifi:connecting

**Beacon interval**

Beacon transmissions announce the existence of an 802.11 network at regular intervals. Beacon frames carry information about the BSS parameters and the frames buffered by access points, so mobile stations must listen to Beacons. The Beacon Interval, shown in Figure 4-23, is a 16-bit field set to the number of *time units* between Beacon transmissions. One time unit, which is often abbreviated TU, is 1,024 microseconds (ms), which is about 1 millisecond.[22] Time units may also be called kilo-microseconds in various documentation (Kms or kms). It is common for the Beacon interval to be set to 100 time units, which corresponds to an interval between Beacon transmissions of approximately 100 milliseconds or 0.1 seconds.



Figure 4-23. Beacon Interval field

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

**Beacon**

Beacon frames announce the existence of a network and are an important part of many network maintenance tasks. They are transmitted at regular intervals to allow mobile stations to find and identify a network, as well as match parameters for joining the network. In an infrastructure network, the access point is responsible for transmitting Beacon frames. The area in which Beacon frames appear defines the basic service area. All communication in an infrastructure network is done through an access point, so stations on the network must be close enough to hear the Beacons.

Figure 4-51 shows most the fields that can be used in a Beacon frame in the order in which they appear. Not all of the elements are present in all Beacons. Optional fields are present only when there is a reason for them to be used. The FH and DS Parameter Sets are used only when the underlying physical layer is based on frequency hopping or direct-sequence techniques. Only one physical layer can be in use at any point, so the FH and DS Parameter Sets are mutually exclusive.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38



*Figure 4-51. Beacon frame*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### Probe Response

If a Probe Request encounters a network with compatible parameters, the network sends a Probe Response frame. The station that sent the last Beacon is responsible for responding to incoming probes. In infrastructure networks, this station is the access point. In an IBSS, responsibility for Beacon transmission is distributed. After a station transmits a Beacon, it assumes responsibility for sending Probe Response frames for the next Beacon interval. The format of the Probe Response frame is shown in Figure 4-53. Some of the fields in the frame are mutually exclusive; the same rules apply to Probe Response frames as to Beacon frames.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

**Country**

The initial 8O2.11 specifications were designed around the existing regulatory constraints in place in the major industrialized countries. Rather than continue to revise the specification each time a new country was added, a new specification was added that provides a way for networks to describe regulatory constraints to new stations. The main pillar of this is the Country information element, shown in Figure 4-38.



Figure 4-38. Country information element

After the initial type/length information element header, there is a country identifier, followed by a series of three-byte descriptors for regulatory constraints. Each constraint descriptor specifies a unique band, and they may not overlap, since a given frequency has only one maximum allowed power.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

| transmitting, from said base station, a BS-channel-sounding signal at the second frequency; | The base station transmits beacon frames (sounding signals) to the devices nearby at the second frequency (measured/calculated frequency used for the uplink communication). The Power Constraint element included in the beacon frames allows a device (trying to connect to the base station) to determine the local maximum transmit power in the current channel being used for communication and describes the maximum transmit power to remote stations. The local maximum transmit power for a channel is defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel in the Power Constraint element. |

**Power Constraint**

The Power Constraint information element is used to allow a network to describe the maximum transmit power to stations. In addition to a regulatory maximum, there may be another maximum in effect. The only field, a one-byte integer, is the number of decibels by which any local constraint reduces the regulatory maximum. If, for example, the regulatory maximum power were 10 dBm, but this information element contained the value 2, then the station would set its maximum transmit power to 8 dBm (Figure 4-41).



*Figure 4-41. Power Constraint information element*

**Power Capability**

802.11 stations are battery powered, and often have radios that are not as capable as access points, in part because there is not usually the need for mobile client devices to transmit at high power. The Power Capability information element allows a station to report its minimum and maximum transmit power, in integer units of dBm (Figure 4-42).

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

**Country**

The initial 802.11 specifications were designed around the existing regulatory constraints in place in the major industrialized countries. Rather than continue to revise the specification each time a new country was added, a new specification was added that provides a way for networks to describe regulatory constraints to new stations. The main pillar of this is the Country information element, shown in Figure 4-38.



*Figure 4-38. Country information element*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

*First Channel Number (1 byte)*

The first channel number is the lowest channel subject to the power constraint. Channel number assignment for each PHY is discussed in the appropriate chapter.

*Number of Channels (1 byte)*

The size of the band subject to the power constraint is indicated by the number of channels. The size of a channel is PHY-dependent.

*Maximum Transmit Power (1 byte)*

The maximum transmit power, expressed in dBm.

*Pad (1 byte; optional)*

The size of the information element must be an even number of bytes. If the length of the information element is an odd number of bytes, a single byte of zeroes is appended as a pad.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### 9.4.2.14 Power Constraint element

The Power Constraint element contains the information necessary to allow a STA to determine the local maximum transmit power in the current channel. The format of the Power Constraint element is shown in Figure 9-140.



Octets:

**Figure 9-140—Power Constraint element format**

The Element ID and Length fields are defined in 9.4.2.1.

The Local Power Constraint field is coded as an unsigned integer in units of decibels. The local maximum transmit power for a channel is thus defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel (from the MIB) in the Power Constraint element.

The Power Constraint element is included in Beacon frames, as described in 9.3.3.3, and Probe Response frames, as described in 9.3.3.11. The use of Power Constraint elements is described in 11.8.5.

### 9.4.2.15 Power Capability element

The Power Capability element specifies the minimum and maximum transmit powers with which a STA is capable of transmitting in the current channel. The format of the Power Capability element is shown in Figure 9-141.



Octets:

Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 27

| | |
|---|---|
| | The Minimum Transmit Power Capability field is set to the nominal minimum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.<br><br>The Maximum Transmit Power Capability field is set to the nominal maximum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.<br><br>The Power Capability element is included in Association Request frames, as described in 9.3.3.6; Reassociation Request frames, as described in 9.3.3.8; and Mesh Peering Open frame, as described in 9.6.16.2.2. The use of Power Capability elements is described in 11.8.2.<br><br>Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 28 |
| receiving, at said plurality of remote stations, the BS-channel-sounding signal at the second frequency; and | 802.11 standard is a half-duplex technology. Hence, a remote station can either receive or transmit at a given time. This implies that when a remote station receives the sounding signal at the second frequency it is not transmitting at the first frequency.<br><br>## How Duplexing Affects WiFi Routers<br><br>WiFi routers are devices that modulate and schedule the flow of information to and from any WiFi-capable electronic device (like a laptop or smartphone) to the Internet, using a specific standard or protocol called IEEE 802.11 which works at half-duplex. WiFi is just the trademark brand for this specific **IEEE** standard (**understand the common WiFi standards**).<br><br>Source:    https://www.makeuseof.com/tag/what-is-half-duplex-and-full-duplex-operation-and-how-does-it-affect-your-router/ |

Wi-Fi IEEE 802.11 is used by very many devices from smartphones to laptops and tablets to remote sensors, actuators televisions and many more.

There are several frequency bands within the radio spectrum that are used for the Wi-Fi and within these there are many channels that have been designated with numbers so they can be identified.

Although many Wi-Fi channels are selected automatically, it sometimes helps to have an understanding of the Wi-Fi spectrum, bands, frequencies and the channels with their channel numbers to enable the best performance to be gained.

When setting up a Wi-Fi network at home, in the office, or anywhere else, it can help to have a knowledge of the channels and bands available, so that successful Wi-Fi links can be established

Also when office Wi-Fi access points are installed, it helps to understand the bands, their characteristics and the channels available.

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

Wi-Fi is aimed at use within unlicensed spectrum - the ISM or Industrial, Scientific and Medical bands. These bands have been internationally agreed and unlike most other bands, they can be used without the need for a transmitting licence. This gives access to everyone to use them freely.

The ISM bands are not only used by Wi-Fi, but everything from microwave ovens to many other forms of wireless connectivity and many industrial, scientific and medical uses.

Whilst the ISM bands are available globally, there are some differences and restrictions that can occur in some countries.

The main bands used for carrying Wi-Fi are those in the table below:

**SUMMARY OF MAJOR ISM BANDS**

| LOWER FREQUENCY MHZ | UPPER FREQUENCY MHZ | COMMENTS |
|---|---|---|
| 2400 | 2500 | Often referred to as the 2.4 GHz band, this spectrum is the most widely used of the bands available for Wi-Fi. Used by 802.11b, g, & n. It can carry a maximum of three non-overlapping channels. This band is widely used by many other non-licensed items including microwave ovens, Bluetooth, etc. |
| 5725 | 5875 | This 5 GHz Wi-Fi band or to be more precise the 5.8 GHz band provides additional bandwidth, and being at a higher frequency, equipment costs are slightly higher, although usage, and hence interference is less.It can be used by 802.11a & n. It can carry up to 23 non-overlapping channels, but gives a shorter range than 2.4 GHz. 5GHz Wi-Fi is preferred by many because of the number of channels and the bandwidth available. There are also fewer other users of this band. |

Source:     https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel frequencies

The table given below provides the frequencies for the total of fourteen 802.11 Wi-Fi channels that are available around the globe. Not all of these channels are available for use in all countries.

**2.4GHZ BAND CHANNEL NUMBERS & FREQUENCIES**

| CHANNEL NUMBER | LOWER FREQUENCY MHZ | CENTER FREQUENCY MHZ | UPPER FREQUENCY MHZ |
|:---:|:---:|:---:|:---:|
| 1 | 2401 | 2412 | 2423 |
| 2 | 2406 | 2417 | 2428 |
| 3 | 2411 | 2422 | 2433 |
| 4 | 2416 | 2427 | 2438 |
| 5 | 2421 | 2432 | 2443 |
| 6 | 2426 | 2437 | 2448 |
| 7 | 2431 | 2442 | 2453 |
| 8 | 2436 | 2447 | 2458 |
| 9 | 2441 | 2452 | 2463 |
| 10 | 2446 | 2457 | 2468 |
| 11 | 2451 | 2462 | 2473 |
| 12 | 2456 | 2467 | 2478 |
| 13 | 2461 | 2472 | 2483 |
| 14 | 2473 | 2484 | 2495 |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel availability

In view of the differences in spectrum allocations around the globe and different requirements for the regulatory authorities, not all the WLAN channels are available in every country. The table below provides a broad indication of the availability of the different Wi-Fi channels in different parts of the world.

**2.4 GHZ WI-FI CHANNEL AVAILABILITY**

| CHANNEL NUMBER | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|
| 1 | ✓ | ✓ | ✓ |
| 2 | ✓ | ✓ | ✓ |
| 3 | ✓ | ✓ | ✓ |
| 4 | ✓ | ✓ | ✓ |
| 5 | ✓ | ✓ | ✓ |
| 6 | ✓ | ✓ | ✓ |
| 7 | ✓ | ✓ | ✓ |
| 8 | ✓ | ✓ | ✓ |
| 9 | ✓ | ✓ | ✓ |
| 10 | ✓ | ✓ | ✓ |
| 11 | ✓ | ✓ | ✓ |
| 12 | ✓ | No | ✓ |
| 13 | ✓ | No | ✓ |
| 14 | No | No | 802.11b only |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

**5 GHZ WIFI CHANNELS & FREQUENCIES**

| CHANNEL NUMBER | FREQUENCY MHZ | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|---|
| 36 | 5180 | Indoors | ✓ | ✓ |
| 40 | 5200 | Indoors | ✓ | ✓ |
| 44 | 5220 | Indoors | ✓ | ✓ |
| 48 | 5240 | Indoors | ✓ | ✓ |
| 52 | 5260 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 56 | 5280 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 60 | 5300 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 64 | 5320 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 100 | 5500 | DFS / TPC | DFS | DFS / TPC |
| 104 | 5520 | DFS / TPC | DFS | DFS / TPC |
| 108 | 5540 | DFS / TPC | DFS | DFS / TPC |
| 112 | 5560 | DFS / TPC | DFS | DFS / TPC |
| 116 | 5580 | DFS / TPC | DFS | DFS / TPC |
| 120 | 5600 | DFS / TPC | No Access | DFS / TPC |
| 124 | 5620 | DFS / TPC | No Access | DFS / TPC |
| 128 | 5640 | DFS / TPC | No Access | DFS / TPC |
| 132 | 5660 | DFS / TPC | DFS | DFS / TPC |
| 136 | 5680 | DFS / TPC | DFS | DFS / TPC |
| 140 | 5700 | DFS / TPC | DFS | DFS / TPC |
| 149 | 5745 | SRD | ✓ | No Access |
| 153 | 5765 | SRD | ✓ | No Access |
| 157 | 5785 | SRD | ✓ | No Access |
| 161 | 5805 | SRD | ✓ | No Access |
| 165 | 5825 | SRD | ✓ | No Access |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | |
|---|---|
| adjusting, at said plurality of remote stations, | The base station transmits beacon frames (sounding signal) to the devices nearby at the second frequency (measured/calculated frequency used for the uplink communication). The Power Constraint element included in the beacon frames allows a device (trying to connect to the base station) to determine the local maximum transmit power in the current channel being used for communication and describes the maximum transmit power to remote stations. |

| | |
|---|---|
| responsive to the BS-channel-sounding signal, an initial RS-power level of said plurality of remote stations. | The local maximum transmit power for a channel is defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel in the Power Constraint element.<br><br>**Power Constraint**<br><br>The Power Constraint information element is used to allow a network to describe the maximum transmit power to stations. In addition to a regulatory maximum, there may be another maximum in effect. The only field, a one-byte integer, is the number of decibels by which any local constraint reduces the regulatory maximum. If, for example, the regulatory maximum power were 10 dBm, but this information element contained the value 2, then the station would set its maximum transmit power to 8 dBm (Figure 4-41).<br><br><br>*Figure 4-41. Power Constraint information element*<br><br>**Power Capability**<br><br>802.11 stations are battery powered, and often have radios that are not as capable as access points, in part because there is not usually the need for mobile client devices to transmit at high power. The Power Capability information element allows a station to report its minimum and maximum transmit power, in integer units of dBm (Figure 4-42).<br><br>Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38 |

**Country**

The initial 802.11 specifications were designed around the existing regulatory constraints in place in the major industrialized countries. Rather than continue to revise the specification each time a new country was added, a new specification was added that provides a way for networks to describe regulatory constraints to new stations. The main pillar of this is the Country information element, shown in Figure 4-38.



*Figure 4-38. Country information element*

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

*First Channel Number (1 byte)*

The first channel number is the lowest channel subject to the power constraint. Channel number assignment for each PHY is discussed in the appropriate chapter.

*Number of Channels (1 byte)*

The size of the band subject to the power constraint is indicated by the number of channels. The size of a channel is PHY-dependent.

*Maximum Transmit Power (1 byte)*

The maximum transmit power, expressed in dBm.

*Pad (1 byte; optional)*

The size of the information element must be an even number of bytes. If the length of the information element is an odd number of bytes, a single byte of zeroes is appended as a pad.

Source: https://www.oreilly.com/library/view/80211-wireless-networks/0596100523/ch04.html#wireless802dot112-CHP-4-FIG-38

### 9.4.2.14 Power Constraint element

The Power Constraint element contains the information necessary to allow a STA to determine the local maximum transmit power in the current channel. The format of the Power Constraint element is shown in Figure 9-140.



**Figure 9-140—Power Constraint element format**

The Element ID and Length fields are defined in 9.4.2.1.

The Local Power Constraint field is coded as an unsigned integer in units of decibels. The local maximum transmit power for a channel is thus defined as the maximum transmit power level specified for the channel in the Country element minus the local power constraint specified for the channel (from the MIB) in the Power Constraint element.

The Power Constraint element is included in Beacon frames, as described in 9.3.3.3, and Probe Response frames, as described in 9.3.3.11. The use of Power Constraint elements is described in 11.8.5.

### 9.4.2.15 Power Capability element

The Power Capability element specifies the minimum and maximum transmit powers with which a STA is capable of transmitting in the current channel. The format of the Power Capability element is shown in Figure 9-141.



Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 27

| | The Minimum Transmit Power Capability field is set to the nominal minimum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.

The Maximum Transmit Power Capability field is set to the nominal maximum transmit power with which the STA is capable of transmitting in the current channel, with a tolerance ± 5 dB. The field is coded as a signed integer in units of decibels relative to 1 mW. Further interpretation of this field is defined in 11.8.4.

The Power Capability element is included in Association Request frames, as described in 9.3.3.6; Reassociation Request frames, as described in 9.3.3.8; and Mesh Peering Open frame, as described in 9.6.16.2.2. The use of Power Capability elements is described in 11.8.2.

Source: http://read.pudn.com/downloads117/ebook/497259/802.11h-2003.pdf , page 28 |
|---|---|
| 26. The improvement as set forth in claim 25, with the step of transmitting the plurality of BS-spread-spectrum signals including the step of transmitting the plurality of BS-spread-spectrum signals at the first frequency outside a correlation | See Claim 25 above. 802.11 standard is a half-duplex technology. Hence, a remote station can either receive or transmit at a given time. This implies that when a remote station receives the sounding signal at the second frequency it is not transmitting at the first frequency. Hence, the BS transmits plurality of BS-spread-spectrum signals at a first frequency outside a correlation bandwidth of the plurality of RS-spread-spectrum signals transmitted by plurality of remote stations at a second frequency.

## How Duplexing Affects WiFi Routers

WiFi routers are devices that modulate and schedule the flow of information to and from any WiFi-capable electronic device (like a laptop or smartphone) to the Internet, using a specific standard or protocol called IEEE 802.11 which works at half-duplex. WiFi is just the trademark brand for this specific **IEEE** standard (**understand the common WiFi standards**).

Source: https://www.makeuseof.com/tag/what-is-half-duplex-and-full-duplex-operation-and-how-does-it-affect-your-router/ |

| bandwidth of the plurality of RS-spread-spectrum signals transmitted by the plurality of remote stations at the second frequency. | Wi-Fi IEEE 802.11 is used by very many devices from smartphones to laptops and tablets to remote sensors, actuators televisions and many more. |
| --- | --- |
| | There are several frequency bands within the radio spectrum that are used for the Wi-Fi and within these there are many channels that have been designated with numbers so they can be identified. |
| | Although many Wi-Fi channels are selected automatically, it sometimes helps to have an understanding of the Wi-Fi spectrum, bands, frequencies and the channels with their channel numbers to enable the best performance to be gained. |
| | When setting up a Wi-Fi network at home, in the office, or anywhere else, it can help to have a knowledge of the channels and bands available, so that successful Wi-Fi links can be established |
| | Also when office Wi-Fi access points are installed, it helps to understand the bands, their characteristics and the channels available. |
| | Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php |

Wi-Fi is aimed at use within unlicensed spectrum - the ISM or Industrial, Scientific and Medical bands. These bands have been internationally agreed and unlike most other bands, they can be used without the need for a transmitting licence. This gives access to everyone to use them freely.

The ISM bands are not only used by Wi-Fi, but everything from microwave ovens to many other forms of wireless connectivity and many industrial, scientific and medical uses.

Whilst the ISM bands are available globally, there are some differences and restrictions that can occur in some countries.

The main bands used for carrying Wi-Fi are those in the table below:

### SUMMARY OF MAJOR ISM BANDS

| LOWER FREQUENCY MHZ | UPPER FREQUENCY MHZ | COMMENTS |
|---|---|---|
| 2400 | 2500 | Often referred to as the 2.4 GHz band, this spectrum is the most widely used of the bands available for Wi-Fi. Used by 802.11b, g, & n. It can carry a maximum of three non-overlapping channels. This band is widely used by many other non-licensed items including microwave ovens, Bluetooth, etc. |
| 5725 | 5875 | This 5 GHz Wi-Fi band or to be more precise the 5.8 GHz band provides additional bandwidth, and being at a higher frequency, equipment costs are slightly higher, although usage, and hence interference is less.It can be used by 802.11a & n. It can carry up to 23 non-overlapping channels, but gives a shorter range than 2.4 GHz. 5GHz Wi-Fi is preferred by many because of the number of channels and the bandwidth available. There are also fewer other users of this band. |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel frequencies

The table given below provides the frequencies for the total of fourteen 802.11 Wi-Fi channels that are available around the globe. Not all of these channels are available for use in all countries.

**2.4GHZ BAND CHANNEL NUMBERS & FREQUENCIES**

| CHANNEL NUMBER | LOWER FREQUENCY MHZ | CENTER FREQUENCY MHZ | UPPER FREQUENCY MHZ |
|:---:|:---:|:---:|:---:|
| 1 | 2401 | 2412 | 2423 |
| 2 | 2406 | 2417 | 2428 |
| 3 | 2411 | 2422 | 2433 |
| 4 | 2416 | 2427 | 2438 |
| 5 | 2421 | 2432 | 2443 |
| 6 | 2426 | 2437 | 2448 |
| 7 | 2431 | 2442 | 2453 |
| 8 | 2436 | 2447 | 2458 |
| 9 | 2441 | 2452 | 2463 |
| 10 | 2446 | 2457 | 2468 |
| 11 | 2451 | 2462 | 2473 |
| 12 | 2456 | 2467 | 2478 |
| 13 | 2461 | 2472 | 2483 |
| 14 | 2473 | 2484 | 2495 |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

## 2.4 GHz Wi-Fi channel availability

In view of the differences in spectrum allocations around the globe and different requirements for the regulatory authorities, not all the WLAN channels are available in every country. The table below provides a broad indication of the availability of the different Wi-Fi channels in different parts of the world.

**2.4 GHZ WI-FI CHANNEL AVAILABILITY**

| CHANNEL NUMBER | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|
| 1 | ✓ | ✓ | ✓ |
| 2 | ✓ | ✓ | ✓ |
| 3 | ✓ | ✓ | ✓ |
| 4 | ✓ | ✓ | ✓ |
| 5 | ✓ | ✓ | ✓ |
| 6 | ✓ | ✓ | ✓ |
| 7 | ✓ | ✓ | ✓ |
| 8 | ✓ | ✓ | ✓ |
| 9 | ✓ | ✓ | ✓ |
| 10 | ✓ | ✓ | ✓ |
| 11 | ✓ | ✓ | ✓ |
| 12 | ✓ | No | ✓ |
| 13 | ✓ | No | ✓ |
| 14 | No | No | 802.11b only |

Source:     https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

**5 GHZ WIFI CHANNELS & FREQUENCIES**

| CHANNEL NUMBER | FREQUENCY MHZ | EUROPE (ETSI) | NORTH AMERICA (FCC) | JAPAN |
|---|---|---|---|---|
| 36 | 5180 | Indoors | ✓ | ✓ |
| 40 | 5200 | Indoors | ✓ | ✓ |
| 44 | 5220 | Indoors | ✓ | ✓ |
| 48 | 5240 | Indoors | ✓ | ✓ |
| 52 | 5260 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 56 | 5280 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 60 | 5300 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 64 | 5320 | Indoors / DFS / TPC | DFS | DFS / TPC |
| 100 | 5500 | DFS / TPC | DFS | DFS / TPC |
| 104 | 5520 | DFS / TPC | DFS | DFS / TPC |
| 108 | 5540 | DFS / TPC | DFS | DFS / TPC |
| 112 | 5560 | DFS / TPC | DFS | DFS / TPC |
| 116 | 5580 | DFS / TPC | DFS | DFS / TPC |
| 120 | 5600 | DFS / TPC | No Access | DFS / TPC |
| 124 | 5620 | DFS / TPC | No Access | DFS / TPC |
| 128 | 5640 | DFS / TPC | No Access | DFS / TPC |
| 132 | 5660 | DFS / TPC | DFS | DFS / TPC |
| 136 | 5680 | DFS / TPC | DFS | DFS / TPC |
| 140 | 5700 | DFS / TPC | DFS | DFS / TPC |
| 149 | 5745 | SRD | ✓ | No Access |
| 153 | 5765 | SRD | ✓ | No Access |
| 157 | 5785 | SRD | ✓ | No Access |
| 161 | 5805 | SRD | ✓ | No Access |
| 165 | 5825 | SRD | ✓ | No Access |

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php